**SEALED**

**BY THE ORDER OF THE COURT**

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Nov 30, 2022, 8:31 pm
John A. Mannle, Clerk of Court

WAYNE A. MYERS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: wayne@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 22-02041-WRP |
| Plaintiff, | CRIMINAL COMPLAINT; AFFIDAVIT |
| vs. | |
| JAMES ARGUETA, | |
| Defendant | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn telephonically, state the following is true and correct to the best of my knowledge and belief:

## Count 1
### Felon in Possession of Ammunition
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about August 4, 2022, within the District of Hawaii, JAMES ARGUETA, the defendant, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, did knowingly possess ammunition, namely, 53 rounds of PMC 223 caliber ammunition, with said ammunition having been previously shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

I further state that I am a Task Force Officer with Homeland Security Investigations. This Complaint is based on the facts set forth in the following affidavit, which is attached hereto and made part of this Complaint by reference.

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4(d) and 4.1(b) on November 30, 2022.

*Chandler Nacino*
Chandler Nacino
Task Force Officer
Homeland Security Investigations

2

Kenneth J. Mansfield
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 22-_____-KJM |
| | ) | |
| Plaintiff, | ) | AFFIDAVIT |
| vs. | ) | |
| | ) | |
| JAMES ARGUETA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## AFFIDAVIT OF CHANDLER NACINO

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## BACKGROUND

1.  I am a Police Officer currently employed by the County of Hawaii and have been a Police Officer for approximately nine years presently assigned to the Area II Vice Section of the Hawaii Police Department.  During this time, I have been involved in numerous State of Hawaii and Federal investigations to include over one hundred investigations which have resulted in the collection of evidence in cases

3

involving firearms and illegal narcotics.

2. During my employment with the Hawaii Police Department, I received approximately six months of comprehensive training in general matters pertaining to law enforcement in the State of Hawaii and specific training in the recognition of narcotics, methods of narcotics distribution, and methods used to smuggle narcotics and related proceeds of narcotics trafficking without detection.

3. As part of my employment with the Hawaii Police Department, I was assigned to the Special Enforcement Unit, which is tasked with the investigation into criminal activity and the formulation of viable suspects to include their apprehension, search warrant writing, arrest warrant writing, locating and arresting wanted fugitives, illegal narcotics investigations and property crime investigations.

4. I further state that I am a Task Force Officer with Homeland Security Investigations and have been since 2022. As a requirement to be a Task Force Officer, I successfully completed a one-week Task Force Officer Certification Training. As part of the Officer Basic Training and Task Force Officer Training, I received extensive instruction in the areas of criminal law including, narcotics, firearms, and rules of evidence. My law enforcement experience includes conducting physical surveillance, interviewing witnesses, victims and suspects, writing affidavits for and executing search warrants, analyzing phone records

4

obtained from subpoenas, search warrants, and collecting and processing evidence.

5. I submit this affidavit is submitted in support of a Criminal Complaint for JAMES ARGUETA, charging one count of Felon in Possession of Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  This affidavit is based upon my personal knowledge, my review of reports by other law enforcement officers, my communications with other law enforcement officers, information obtained from witnesses, and other evidence.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I or the government have learned during the course of the investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

## PROBABLE CAUSE

6. On or about August 5, 2022, Homeland Security Investigations ("HSI") Special Agent Ryan Faulkner and I received information from other members of the Hawaii Police Department ("HPD") that JAMES ARGUETA ("ARGUETA") was a suspect in an Ownership or Possession Prohibited investigation.

7. On or about August 4, 2022, HPD Officer Severo Ines, Jr. observed a Nissan sedan travelling at 82 miles per hour in a posted 55 mile per hour speed zone

on Queen Kaahumanu Highway in the County and State of Hawaii. The Nissan's speed was measured utilizing a Stalker DSR 2x, which is a speed detection device, that your affiant was informed that Officer Ines is trained to use and knows to be reliable. Officer Ines conducted a traffic stop of the Nissan during which he contacted the driver and sole occupant, identified as ARGUETA. Upon approaching the Nissan, Officer Ines observed what he believed to be an AR-15 rifle style firearm on the floorboard behind the driver's seat. Officer Ines asked ARGUETA why he had a rifle in the Nissan, and ARGUETA stated he had just found it. Officer Ines instructed ARGUETA to exit the Nissan, at which time he was placed in handcuffs and detained for officer safety reasons. ARGUETA verbally identified himself to Officer Ines and provided a State of California Driver's license, Officer Ines obtained consent to search the vehicle and bags within the vehicle from ARGUETA.

8. As Officer Ines conducted a search of the Nissan, he recovered a Juggernaut TA AR-15 style rifle with no serial numbers, believed to be a Privately Made Firearm ("PMF"). The firearm was "cleared" to make sure it was not loaded, and no ammunition was located within the chamber. ARGUETA told Officer Ines that ARGUETA also had bullets in the car. Officers searched the black bag located in the Nissan and discovered fifty-three (53) rounds of bronze PMC 223 caliber ammunition. Officers also located $3,289.00 in United States currency in small

denominations, some of which was separated into "dope rolls" that were rubber banded together.

9.      Additionally, officers recovered items associated with the ingestion of illicit drugs, to include tin foil pieces that appeared to be used to melt illicit drugs. Multiple makeshift straw type devices were found within the vehicle the vehicle that had a residue within them.  The brown residue from within the makeshift straws was tested by the HPD crime lab where the presence of fentanyl was detected.

10.     During the traffic stop, ARGUETA indicated to the officers that he was previously convicted of a felony.

## INTERSTATE AND FOREIGN NEXUS

11.     On October 20, 2022, Alcohol, Tobacco, and Firearms ("ATF") Special Agent Oliver Mullins examined photographs of a representative sample of the bronze PMC 223 caliber ammunition seized from the Nissan.  Special Agent Mullins determined, based on his specialized interstate nexus training and experience, that the ammunition was not manufactured in the State of Hawaii.  Special Agent Mullins further opined that, because the ammunition was manufactured outside the State of Hawaii, it must have been previously shipped or transported in interstate or foreign commerce.

## STATUS AS A CONVICTED FELON

12. ARGUETA has multiple felony convictions in the State of California; one of which is a 2007 conviction for the offense of "Carry Load Firearm" in Torrance, California, which is punishable by imprisonment for a term exceeding one year.

13. Based on the facts described above, and on my training and experience, I submit that there is probable cause to arrest the defendant James ARGUETA for violating Title 18, United States Code, Sections §§ 922(g)(1) and 924(a)(2).

*Chandler Nacino*
Chandler Nacino
Task Force Officer
Homeland Security Investigations

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at 8:27 p .m. on November 30 , 2022.

Sworn to under oath before me telephonically and attestation acknowledged pursuant to FRCP 4(d) and 4.1(b).

Kenneth J. Mansfield
United States Magistrate Judge

8